UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

    Plaintiff,

v.

            Case No. 1:22-cv-1221

            HONORABLE PAUL L. MALONEY

CODY GILMAN, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on December 22, 2022 (ECF No. 1). Defendants filed a motion for motion for summary judgment or, alternatively, to dismiss for failure to prosecute. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 18, 2023, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 75) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment or, alternatively, to dismiss for failure to prosecute (ECF No. 62) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Dated: January 10, 2024                              /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge