UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

    Plaintiff,

v.

CODY GILMAN, et al.,

    Defendants.
_____/

Case No. 1:22-cv-1221

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: January 10, 2024

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge